# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH BERBERICH, AS TRUSTEE
FOR WEST RENO 138 TRUST,
                          Appellant,
vs.
PNC BANK, N.A., A NATIONAL
BANKING ASSOCIATION,
                          Respondent.

No. 78266

**FILED**

DEC 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Richard Scotti, District Judge
       Ayon Law, PLLC
       Wolfe & Wyman LLP
       Eighth District Court Clerk

19-49929